THE GILLAM LAW FIRM
*A Professional Law Corporation*
CAROL L. GILLAM, State Bar No. 102354
MICHAEL H. BOYAMIAN, State Bar No. 256107
1801 Century Park East, Suite 1560
Los Angeles, California 90067
Telephone: (310) 203-9977
Facsimile:  (310) 203-9922
email: carol@gillamlaw.com, michael@gillamlaw.com

Attorneys for Plaintiff Ada Chan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADA CHAN, an individual, | Case No.: CV-08-05114-AHM (PJWx) |
| Plaintiff, | **ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY LIMITED, a corporation, and DOES 1 through 20, inclusive; | |
| Defendants. | |

The Court has considered the Stipulation for Dismissal of Action With Prejudice the parties filed.

////

////

////

154737.1                        1
ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

THE COURT HEREBY ORDERS that the Stipulation for Dismissal of Action With Prejudice is Approved and this case is dismissed with prejudice, with each party to bear its own costs and fees, including attorney's fees.

Dated: July 01, 2009

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**